SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

SEP 2 2 2008

J. T. NOBLIN, CLERK
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.

CRIMINAL NO. 3:02CR60TSL-JCS

JONATHAN MCINNIS

## ORDER

It is hereby ordered that defendant's motion for relief pursuant to 18 U.S.C. § 3582(c)(2) is denied. In accordance with 21 U.S.C. § 841(b)(1)(A), defendant's mandatory minimum sentence should have been 120 months, but instead, due to an oversight, defendant received only a 103-month term of imprisonment with five years of supervised release. As defendant's original sentence was below the guideline range, the court concludes that any additional reduction would be inconsistent with policy statement 1B1.10(c).

SO ORDERED, this the _22nd__th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE